JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIENT GATE ENTERPRISE, LTD., <br>   Plaintiff, <br><br> v. <br><br> MATRIX INTERNATIONAL TEXTILE, INC., et al., <br>   Defendants. | CV 19-7745 DSF (MAAx) <br><br> JUDGMENT |

  JUDGMENT in the above-captioned matter is entered in favor of Plaintiff Orient Gate Enterprise, Ltd. and against Defendant Matrix International Textile, Inc. in the total amount of **$2,488,014.41** plus allowable costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

  Pursuant to the Notice of Lien filed in this action on February 6, 2020 by UCI Logistics, Inc. claiming a judgment lien against Plaintiff Orient Gate Enterprise, Ltd. and the Settlement Agreement entered into on June 4, 2020 between UCI Logistics, Inc. and Orient Gate Enterprise, Ltd., Orient Gate Enterprise, Ltd. shall immediately (i.e., within 5 days of receipt) pay the first $318,375 of funds it receives in satisfaction of the foregoing judgment to UCI Logistics, Inc.

Date: September 28, 2020

                   _Dale S. Fischer_
                   Dale S. Fischer
                   United States District Judge